■ SUNOCO, INC. et al., Appellants, v JMR DEVELOPMENT COMPANY, INC., Respondent. [5 NYS3d 738]—Appeal from an order of the Supreme Court (Platkin, J.), entered May 8, 2014 in Albany County, which granted defendant's motion to dismiss the complaint.

Order affirmed, upon the opinion of Justice Richard M. Platkin.

Peters, P.J., McCarthy, Rose and Clark, JJ., concur. Ordered that the order is affirmed, with costs.